IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DdWIGHT HENDREE,

    Plaintiff,

v.   No. 04-2377-B/V

FEDERAL EXPRESS CORPORATION,

    Defendant.

---

### ORDER ADMINISTRATIVELY CLOSING CASE

---

This court, having been advised by defense counsel that settlement has been reached on all matters in this case, directs that this action be DISMISSED. Furthermore, any pending motions are DENIED as moot and all proceedings currently set before the court are removed from the court's calendar.

The dismissal granted herein shall be without prejudice for a period of 30 days from the entry of this order. If settlement is not consummated within that 30 day period, the parties may reopen this action upon motion approved by the court. Should the parties fail to move to reopen the case within the prescribed period, the matter shall, without further order, stand dismissed with prejudice.

**IT IS SO ORDERED** this 26th day of September, 2005.

/s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-27-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02377 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Dwight Hendree
8595 Grandview Lake Drive
Walls, MS 38680

Honorable J. Breen
US DISTRICT COURT