UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ K ___ D.C.

05 NOV -8 AM 8: 25

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**DWIGHT HENDREE,**                                   **JUDGMENT IN A CIVIL CASE**

        **Plaintiff,**

v.

**FEDERAL EXPRESS CORPORATION,**                     **CASE NO: 2:04cv2377-B**

        **Defendant.**

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Administratively Closing Case entered on September 27, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

11/8/05
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-8-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02377 was distributed by fax, mail, or direct printing on November 8, 2005 to the parties listed.

---

Mary Helen Beard
FEDEX CORPORATION
3620 Hacks Cross Rd.
Third Floor, Building B.
Memphis, TN 38125--880

Dwight Hendree
8595 Grandview Lake Drive
Walls, MS 38680

Honorable J. Breen
US DISTRICT COURT